IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TRUDY HUBBARD                                                                                         PLAINTIFF

v.                                         CASE NO. 12-cv-1118

WAL-MART STORES ARKANSAS, LLC                                                      DEFENDANT

## ORDER

      Before the Court is Defendant Wal-Mart Stores Arkansas, LLC's Motion for Summary Judgment. (ECF No. 14). Plaintiff Trudy Hubbard has responded. (ECF Nos. 19 & 23). Defendant has replied. (ECF No. 22). Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendant's Motion for Summary Judgment (ECF No. 14) should be and hereby is **GRANTED**. Accordingly, Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

      **IT IS SO ORDERED**, this 3rd day of April, 2014.

      /s/ Susan O. Hickey
      Susan O. Hickey
      United States District Judge